# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARVIN OWENS, ) | |
| ) | |
| Plaintiff, ) | Case no. 1:20-cv-01312 |
| ) | |
| v. ) | Honorable: Sara L. Ellis |
| ) | |
| NEWREZ, LLC, d/b/a Shellpoint Mortgage ) | |
| Servicing, as servicing agent for Federal ) | |
| Home Loan Mortgage Corporation, and ) | |
| ANSELMO LINDBERG & ASSOCIATES ) | |
| LLC, ) | |
| Defendants. ) | |

## SHELLPOINT MORTGAGE SERVICING'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing respectfully requests the court grant it a 30 day extension of time, until April 16, 2020, to answer, move, or otherwise plead in response to the complaint filed by plaintiff Marvin Owens (Doc. No. 1). In support of its motion, Shellpoint states as follows:

1. Shellpoint was served with a copy of Mr. Owens' summons and complaint on February 25, 2020.

2. Shellpoint's deadline to answer, move or otherwise plead in response to Mr. Owens' complaint is March 17, 2020.

3. Shellpoint seeks an additional 30 days, until April 16, 2020, to answer, move, or otherwise plead in response to Mr. Owens' complaint.

4. Undersigned counsel was recently retained. The requested extension will allow Shellpoint, as well as its counsel, to continue collecting information regarding Mr. Owens' allegations, evaluate the issues involved, and determine how to respond to the complaint.

Shellpoint and Mr. Owens' counsel are also engaged in settlement discussions and hope to resolve this matter shortly.

5. Shellpoint brings this motion in the interest of justice and not for the purpose of undue delay. No party will be prejudiced by the requested extension given the early stage of these proceedings.

6. This is Shellpoint's first request for an extension of time.

7. Undersigned counsel spoke to Mr. Owens' counsel as well as defendant Anselmo Lindberg & Associates LLC. No party objects to the requested extension.

For the foregoing reasons, defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing respectfully requests the court grant it until April 16, 2020, to answer, move, or otherwise plead in response to Mr. Owens' complaint.

DATED: March 12, 2020                                  Respectfully submitted,

By:  /s/ *Erin E. Edwards*
Rebekah A. Carpenter (ARDC #6305616)
Erin E. Edwards (ARDC #6308945)
**AKERMAN LLP**
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
(312) 634-5731 Telephone
(312) 424-1931 Facsimile
rebekah.carpenter@akerman.com
erin.edwards@akerman.com

*Attorneys for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

# **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on March 12, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        By: /s/ *Erin E. Edwards*
        Erin E. Edwards