UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARVIN OWENS, | ) |
| Plaintiff, | ) ) ) Case no. 1:20-cv-01312 |
| v. | ) ) Honorable: Sara L. Ellis |
| NEWREZ, LLC, d/b/a Shellpoint Mortgage Servicing, as servicing agent for Federal Home Loan Mortgage Corporation, and ANSELMO LINDBERG & ASSOCIATES LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### ANSELMO LINDBERG & ASSOCIATES, LLC, UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), defendant Anselmo Lindberg & Associates LLC respectfully requests the court grant it a 28 day extension of time, until April 16, 2020, to answer, move, or otherwise plead in response to the complaint filed by plaintiff Marvin Owens (Doc. No. 1). In support of its motion, Anselmo states as follows:

1. Anselmo was served with a copy of Mr. Owens' summons and complaint on February 28, 2020.

2. Anselmo's deadline to answer, move or otherwise plead in response to Mr. Owens' complaint is March 19, 2020.

3. Anselmo seeks an additional 28 days, until April 16, 2020, to answer, move, or otherwise plead in response to Mr. Owens' complaint.

4. The requested extension will allow Anselmo, time to evaluate the issues involved and determine how to respond to the complaint.

5. Anselmo brings this motion in the interest of justice and not for the purpose of undue delay. No party will be prejudiced by the requested extension given the early stage of these proceedings.

6. This is Anselmo's first request for an extension of time.

7. Undersigned counsel spoke to Mr. Owens' counsel as well as defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing. No party objects to the requested extension.

For the foregoing reasons, defendant Anselmo Lindberg & Associates LLC respectfully requests the court grant it until April 16, 2020, to answer, move, or otherwise plead in response to Mr. Owens' complaint.

DATED: March 13, 2020                                         Respectfully submitted,

By:  /s/ *Chris S. Iaria*
Chris S. Iaria (ARDC #6301746)
Robert Deisinger (ARDC #6286021)
Anselmo Lindberg & Associates LLC
1771 W. Diehl Rd, Ste. 120
Naperville IL 60563
(630) 453-6960 Telephone
(630) 428-4620 Facsimile
chris@dallegal.com
rdeisinger@dallegal.com

*Attorneys for Defendant Anselmo Lindberg & Associates LLC*

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing was filed electronically on March 13, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                         By: /s/ *Chris S. Iaria*
                                                          Chris S. Iaria